```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04235-MDF
Michael P. Doyle                                                    Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRatchfor          Page 1 of 1          Date Rcvd: Aug 12, 2016
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db             +Michael P. Doyle,    1843 N. 4th Street,    Harrisburg, PA 17102-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Michael P. Doyle pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL P. DOYLE | : | BK. No. 1:15-bk-04235 MDF |
| Debtor | : | |
| | : | Chapter No. 13 |
| TOYOTA MOTOR CREDIT CORPORATION | : | |
| Movant | : | |
| v. | : | |
| MICHAEL P. DOYLE | : | |
| CHARLES J. DEHART, III, ESQ. (TRUSTEE) | : | 11 U.S.C. §362 |
| Respondent(s) | : | |

**ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY**

Upon the motion of TOYOTA MOTOR CREDIT CORPORATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a 2013 SCION TC bearing vehicle identification number JTKJF5C77D3052490 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law; and it is further

**ORDERED** that this Order shall become effective immediately without regard to Bankr.R. 4001(a)(3).

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Dated: August 12, 2016