# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MICHAEL P. DOYLE                            Case No.: 1-15-04235-HWV
                                                             Chapter 13

               Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 6691/PRE ARREARS/1843 N FOURTH ST |
| Property Address if applicable: | 1843 N. 4TH STREET, , HARRISBURG, PA17102 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $13,372.73 |
| b. | Prepetition arrearages paid by the Trustee: | $13,372.73 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $13,372.73 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $809.18
Next postpetition payment due: OCTOBER, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 22, 2020                             Respectfully submitted,

                                                    s/ Charles J. DeHart, III, Trustee
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    eMail: dehartstaff@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1162640 | 02/08/2017 | $204.27   | $0.00    | $204.27    |
| 5200  | 1164164 | 03/09/2017 | $311.98   | $0.00    | $311.98    |
| 5200  | 1165778 | 04/12/2017 | $313.60   | $0.00    | $313.60    |
| 5200  | 1167336 | 05/11/2017 | $312.59   | $0.00    | $312.59    |
| 5200  | 1168909 | 06/13/2017 | $890.46   | $0.00    | $890.46    |
| 5200  | 1171822 | 08/10/2017 | $625.18   | $0.00    | $625.18    |
| 5200  | 1173353 | 09/19/2017 | $890.46   | $0.00    | $890.46    |
| 5200  | 1175975 | 11/08/2017 | $42.39    | $0.00    | $42.39     |
| 5200  | 1177375 | 12/05/2017 | $324.11   | $0.00    | $324.11    |
| 5200  | 1178778 | 01/11/2018 | $899.52   | $0.00    | $899.52    |
| 5200  | 1180171 | 02/08/2018 | $324.11   | $0.00    | $324.11    |
| 5200  | 1181531 | 03/08/2018 | $324.11   | $0.00    | $324.11    |
| 5200  | 1182888 | 04/03/2018 | $324.11   | $0.00    | $324.11    |
| 5200  | 1185986 | 05/15/2018 | $899.52   | $0.00    | $899.52    |
| 5200  | 1188681 | 07/12/2018 | $648.22   | $0.00    | $648.22    |
| 5200  | 1190063 | 08/09/2018 | $324.11   | $0.00    | $324.11    |
| 5200  | 1191380 | 09/06/2018 | $324.11   | $0.00    | $324.11    |
| 5200  | 1192699 | 10/10/2018 | $324.11   | $0.00    | $324.11    |
| 5200  | 1194069 | 11/08/2018 | $319.19   | $0.00    | $319.19    |
| 5200  | 1195456 | 12/13/2018 | $917.12   | $0.00    | $917.12    |
| 5200  | 1196839 | 01/10/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1198005 | 02/07/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1199233 | 03/12/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1200576 | 04/11/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1201928 | 05/09/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1203231 | 06/06/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1204624 | 07/11/2019 | $885.02   | $0.00    | $885.02    |
| 5200  | 1205990 | 08/07/2019 | $322.77   | $0.00    | $322.77    |
| 5200  | 1207446 | 09/26/2019 | $685.05   | $0.00    | $685.05    |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL P. DOYLE

Case No.: 1-15-04235-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 22, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1288<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| MICHAEL P. DOYLE<br>1843 N. 4TH STREET<br>HARRISBURG, PA 17102 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com