In re:

Case No. 15-04235-HWV

Michael P. Doyle

Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: AutoDocke                  Page 1 of 2

Date Rcvd: Dec 15, 2020            Form ID: fnldec                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael P. Doyle, 1843 N. 4th Street, Harrisburg, PA 17102-1502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com |
| John F Goryl | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Paul Donald Murphy-Ahles | |

on behalf of Debtor 1 Michael P. Doyle pmurphy@dplglaw.com  kgreene@dplglaw.com

Rebecca Ann Solarz

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Thomas I Puleo

on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael P. Doyle,

      **Debtor 1**

Chapter      13

Case No.      1:15−bk−04235−HWV

Social Security No.:

           xxx−xx−8896

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  December 15, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (10/20)